UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 13-0177 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CAMILLE LAVERN COOPER | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, defendant having waived her right to object, and finding that the Report and Recommendation is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the Defendant, Camille L. Cooper, and adjudges her guilty of the offense charged in Count 15 of the indictment against her.

THUS DONE AND SIGNED in Chambers, this 29th day of May, 2014, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE